United States District Court

For the Northern District of Texas

JAN 21 2026 AM 9:37
FILED - USDC - NDTX - AM

---

| | | |
|---|---|---|
| Jessie Adams | ) | |
| Plaintiff | ) | Case No. |
| v. | ) | **2-26CV-011-Z** |
| Sergio Jimenez | ) | Jury Trial: Yes |
| Defendant | ) | |

## COMPLAINT FOR A CIVIL CASE

1. Upon information and belief, Defendant had ex parte communication with certain individuals,

2. Defendant conspired with others in violation of due process,

3. The Basis for federal court jurisdiction is federal law.

## RELIEF

Plaintiff demands a sum of money estimated over $400,000.

## CERTIFICATION AND CLOSING

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

1/9/2026



MID-ISLAND NY 117
16 JAN 2026 PM 5 L

Jessie Adams
261 Jones st,
San Francisco, CA 94100

US District Court Clerk's Office
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

RECEIVED
JAN 21 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79101-155615